**BRIAN C. ANDRITCH # 203808**
**LAW OFFICE OF BRIAN C. ANDRITCH**
2140 Merced Street, Suite 101
FRESNO, CA 93721
PHONE (559) 495-0200
FAX (559) 495-0123

ATTORNEY FOR: Defendant, TERRY FIORINI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>   Plaintiff,                                      )<br>                                                    )<br>             Vs.                                   )<br>                                                    )<br>TERRY FIORINI                              )<br>   Defendant,                                 )<br>                                                    )<br>_____ | Case No.: 1:12-CR-00331BAM<br><br>WAIVER OF APPEARANCE<br>AND ORDER THEREON |

**TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:**

   Defendant, TERRY FIORINI, by and through her attorney BRIAN C. ANDRITCH, hereby applies to this court for an Order waiving her appearance at the Status Conference currently set for August 8, 2013 at 10:00 a.m., in Department 9.

   The reason for this request is that Terry Fiorini has been in continued contact with her attorney, and gives her attorney full power to act on her behalf.  The matter of the Review Hearing has been discussed and Terry Fiorini is satisfied that all relative matters have been adequately discussed.

   It is hereby requested that Terry Fiorini appearance at the hearing on August 8, 2013, at 10:00

Wavier of Appearance and Proposed Order - 1

a.m., be excused.

DATED: August 7, 2013.

                      Respectfully submitted,
                      BRIAN C. ANDRITCH

                     /s/ Brian C. Andritch
                     Attorney for Defendant

\* \* \* \* \* \*

**ORDER**

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that Defendant, Terry Fiorini, is hereby excused from appearing at the Review Hearing currently scheduled for August 8, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**August 8, 2013**__  _____

                                      UNITED STATES MAGISTRATE JUDGE